V. J. Shipman and F. A. Fisher, Plaintiffs in Error, vs. E. A. Todd, Administrator of Gustave Drolshagan, deceased, Defendant in Error.

Writ of error to Circuit Court, Bradford county; Rhydon M. Call, Judge.

Fleming & Fleming, for Plaintiffs in Error.

W. B. Young, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*